Robert Warren Rainwater, Esquire, Rainwater Law Group, Eugene, OR, for Defendant–Appellant.

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Rashad Q. Sanders appeals from the district court's judgment and challenges his guilty-plea conviction and 194–month sentence for transportation of a minor, in violation of 18 U.S.C. § 2423(a); and two counts of sex trafficking of a minor, in violation of 18 U.S.C. §§ 1591(a), 1591(b)(2), and 1594(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sanders's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Sanders the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Sanders has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Wilson GLADNEY, Defendant–Appellant.**

**No. 11–50295.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2014.*

Filed Feb. 27, 2014.

Meghan Annette Blanco, Curtis A. Kin, Esquire, Assistant U.S. Attorneys, Office of U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Philip Deitch, Esquire, Trial, Philip Deitch Law Offices, Santa Monica, CA, for Defendant–Appellant.

Wilson Gladney, Adelanto, CA, pro se.

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Wilson Gladney appeals from the district court's judgment and challenges the 110–month sentence imposed following his guilty-plea conviction for distribution of cocaine base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gladney's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Gladney the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Gladney waived the right to appeal five specified issues related to his sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to any sentencing issues outside the scope of the appeal waiver. We therefore affirm as to those issues. We dismiss the remainder of the appeal in light of the valid appeal waiver. *See United States v. Watson,* 582 F.3d 974, 988 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).